**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 8:09-CR-549-T-30EAJ and
 Case No. 8:09-CR-550-T-30TBM

**DANNY C. RACKLEY**
_____/

# REVOCATION ORDER AND JUDGMENT

**THIS COURT** conducted a final revocation hearing on February 2, 2010, regarding violations of defendant's terms and conditions of supervised release. The Court revokes the Defendant's term of supervised release. The defendant is hereby reinstated to supervision. All previous special conditions remain intact and the terms of supervision are modified to include:

1. The defendant participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2. The defendant shall reside at the Residential Reentry Center (RRC) for a period of SIX months and shall observe the rules of that facility. While at the center, you shall be placed in the Community Confinement Component of the

program for a period of three (3) months, and the Pre-Release Component of the program for a period of three (3) months, follow all center rules, and the probation officer's instructions regarding the implementation of this court directive. Further, the Court waives the cost of subsistence, in order to make restitution a priority. The defendant will be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the offender.

**DONE** and **ORDERED** in Tampa, Florida on February 2, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record
Probation

S:\Odd\2009\09-cr-549 and 09-cr-550.revocation.wpd